# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO.   5:20-CV-051 |
| | § | |
| 1.4338 ACRES OF LAND, MORE OR LESS, SITUATE IN WEBB COUNTY, STATE OF TEXAS; AND EDUARDO PITON, ET AL., | § § § § | |
| | § | |
| *Defendants.* | § | |

## PLAINTIFF'S DISCLOSURE OF INTERESTED PARTIES

NOW COMES, United States of America, by and through Ryan K. Patrick, United States Attorney, and hereby certifies that the following persons or entities have a financial interest in the outcome of this litigation:

1. United States of America, Plaintiff.

2. Eduardo Piton, Laredo, TX 78045, Defendant

3. Maria de Jesus Piton, Laredo, TX 78045, Defendant

Respectfully submitted,

**RYAN K. PATRICK**
United States Attorney
Southern District of Texas

By:   *s/ John A Smith, III*
**JOHN A. SMITH, III**
Assistant United States Attorney
Attorney-in-Charge
Southern District of Texas No. 8638
Texas Bar No. 18627450
One Shoreline Plaza
800 North Shoreline Blvd., Suite 500
Corpus Christi, Texas 78401
Telephone: (361) 888-3111
Facsimile: (361) 888-3234
E-mail: john.a.smith@usdoj.gov

## CERTIFICATE OF SERVICE

I, John A. Smith, III, Assistant United States Attorney for the Southern District of Texas, do hereby certify that on this 23th day of April, 2020, a copy of the foregoing was served on the following parties in accordance with the Federal Rules of Civil Procedure.

**USPS 1st Class**
Eduardo Piton
Laredo, TX 78045

Maria de Jesus Piton
Laredo, TX 78045

By:   *s/ John A Smith, III*
**JOHN A. SMITH, III**
Assistant United States Attorney