IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CASE NO.   5:20-CV-051 |
| 1.4338 ACRES OF LAND, MORE OR LESS, SITUATE IN WEBB COUNTY, STATE OF TEXAS; AND EDUARDO PITON, ET AL., | § § § § § § | |
| *Defendants.* | § | |

**ADVISORY RE: JOINT DISCOVERY/CASE MANAGEMENT PLAN UNDER F.R.C.P. 26(f)**

---

The landowner has decided to sign the Right of Entry and expressed a desire to forgo any court hearings. The United States of America has resent the Right of Entry and a Stipulation of Dismissal to the landowner for signature. The United States of America believes that the above documents will be returned and the Stipulation of Dismissal filed this week. In light of the above development, The United States of America hereby seeks court permission to forego the Joint Management Plan.

Respectfully submitted,

**FOR PLAINTIFF:**

**RYAN K. PATRICK**
United States Attorney
Southern District of Texas

By: *s/ John A. Smith III*
**JOHN A. SMITH III**
Assistant United States Attorney
Attorney-in-Charge
Southern District of Texas No. 8638
Texas Bar No. 18627450
One Shoreline Plaza
800 North Shoreline Blvd., Suite 500
Corpus Christi, Texas 78401
Telephone: (361) 888-3111
Facsimile: (361) 888-3234
E-mail: john.a.smith@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and sent a copy via email to the following:

Eduardo Piton

*s/ John A. Smith III*
**JOHN A. SMITH III**