IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO.   5:20-CV-051 |
| | § | |
| 1.4338 ACRES OF LAND, MORE OR LESS, SITUATE IN WEBB COUNTY, STATE OF TEXAS; AND EDUARDO PITON, ET AL., | § § § § | |
| | § | |
| Defendants. | § | |

**JOINT STIPULATION OF DISMISSAL AND AGREEMENT TO DISBURSE FUNDS UNDER FED. R. CIV. P. 71.1(i)(1)(B)**

Plaintiff and Defendants file this stipulation of dismissal and agreement to disburse funds under Fed. R. Civ. P. 71.1 (i)( l)(B).

## I.   INTRODUCTION

1. Plaintiff is the United States of America ("Plaintiff"); named interested party and the purported property owner is Eduardo Piton and Maria de Jesus Piton. ("Defendants").

2. On April 02, 2020, Plaintiff filed a Declaration of Taking ("Declaration") and Complaint in Condemnation for a twelve (12) month temporary easement for real property identified as Tract No. LRT-LRN-1015 (hereinafter referred to as the "Property"). The interest and property are more particularly described in Schedules "C", "D", and "E" of the Declaration (Docket No. 2).

3. On April 03, 2020, Plaintiff deposited $100.00 into the Registry of the Court as estimated just compensation for the right of entry. (Docket No. 4) Pursuant to 40 U.S.C. § 3114 (b)(1), the filing and the deposit immediately vested title to the acquired property in the United States.

## II.   DISMISSAL

4. The Plaintiff, United States of America, and the Defendants, Eduardo Piton and Maria de Jesus Piton, pursuant to Fed. R. Civ. P. 71.1(i)(1)(B), jointly stipulate to the dismissal of this case, without prejudice, each party to bear their own cost.

## III.   DISBURSEMENT

5. Plaintiff respectfully moves this Court to disburse the funds deposited in the Registry of the Court. On April 03, 2020, Plaintiff deposited one hundred and 00/100 dollars ($100.00) into the Registry of the Court (Docket No. 4) as estimated just compensation for the taking of the Estate in Schedule E of the Declaration of Taking.

6. The Plaintiff and the Defendant respectfully move this Court to disburse the sum remaining in the Registry of the Court, one hundred and 00/100 dollars ($100.00), plus any accrued interest thereon, payable to the order of "F&A Officer, USAED, Fort Worth." The United States also respectfully request that the check reference Tract No. LRT-LRN-1015.

| FOR DEFENDANTS: | FOR PLAINTIFF: |
|---|---|
| | RYAN K. PATRICK<br>United States Attorney<br>Southern District of Texas |
| **EDUARDO PITON** | By: *s/ John A Smith, III*<br>**JOHN A. SMITH, III**<br>Assistant United States Attorney<br>Attorney-in-Charge<br>Southern District of Texas No. 8638<br>Texas Bar No. 18627450<br>One Shoreline Plaza<br>800 North Shoreline Blvd., Suite 500<br>Corpus Christi, TX 78401<br>Telephone: (361) 888-3111<br>Facsimile: (956) 888-3234<br>E-mail: john.a.smith@usdoj.gov |
| **MARIA DE JESUS PITON** | |

## CERTIFICATE OF SERVICE

I, John A. Smith, III, Assistant United States Attorney for the Southern District of Texas, do hereby certify that on this 1st day of July, 2020, a copy of the foregoing was served on the following parties in accordance with the Federal Rules of Civil Procedure.

*USPS 1st Class*
Eduardo Piton
Laredo, TX 78045-7728

Maria de Jesus Piton
Laredo, TX 78045-7728

By: *s/ John A. Smith, III*
**JOHN A. SMITH, III**
Assistant United States Attorney