IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CASE NO.  5:20-CV-051 |
| 1.4338 ACRES OF LAND, MORE OR LESS, SITUATE IN WEBB COUNTY, STATE OF TEXAS; AND EDUARDO PITON, ET AL., | § § § § § § | |
| *Defendants.* | § § | |

## ORDER OF DISMISSAL AND DISBURSEMENT

The Court now considers the "Joint Stipulation of Dismissal and Agreement to Disburse Funds," filed by the parties, announcing to the Court the parties' stipulation to the dismissal of this suit. Pursuant to Federal Rule of Civil Procedure 71.1(i)(1)(B), before a judgment is entered plaintiff and affected defendants may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties. Since the stipulation of dismissal is signed by both Plaintiff and Defendants in this case and no judgment has been entered, the parties have stipulated to the dismissal of this case and no further action by this Court is necessary. Thus, the Clerk of the Court is instructed to close the case.

Pursuant to the Joint Stipulation of Dismissal and Agreement to Disburse Funds signed by Plaintiff, United States of America, and Defendants, Eduardo Piton and Maria de Jesus Piton, **IT IS HEREBY ORDERED AND ADJUDGED**, that:

The Clerk of the Court is **ORDERED** to disburse the sum of one hundred and 00/100 dollars ($100.00), along with any accrued interest earned, to "F&A Officer, USAED, Fort

Worth." The check should reference Tract No. LRT-LRN-1015.

    **IT IS SO ORDERED**.

    **DONE AND ORDERED** at Laredo, Texas, this _____ day of_____, 2020.

_____
**John A. Kazen**
United States Magistrate Judge

**AGREED TO AS TO FORM AND SUBSTANCE:**

**FOR DEFENDANTS:**   **FOR PLAINTIFF:**

                              **RYAN K. PATRICK**
                              United States Attorney
**EDUARDO PITON**   Southern District of Texas

By: *s/ John A Smith, III*
**MARIA DE JESUS PITON**   **JOHN A. SMITH, III**
                              Assistant United States Attorney
                              Attorney-in-Charge
                              Southern District of Texas No. 8638
                              Texas Bar No. 18627450
                              One Shoreline Plaza
                              800 North Shoreline Blvd., Suite 500
                              Corpus Christi, TX 78401
                              Telephone: (361) 888-3111
                              Facsimile: (956) 888-3234
                              E-mail: john.a.smith@usdoj.gov