United States District Court
Southern District of Texas
**ENTERED**
July 06, 2020
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § | |
| § | |
| **VS.** § | **CIVIL ACTION NO. 5:20-CV-51** |
| § | |
| **1.4338 ACRES OF LAND, MORE OR** § | |
| **LESS,** *et al*, § | |
| § | |
| **Defendants.** § | |

## ORDER OF DISMISSAL AND DISBURSEMENT

Pending is Plaintiff United States of America and Defendants/Interested Parties Eduardo Piton and Maria de Jesus Piton's "Joint Stipulation of Dismissal and Agreement to Disburse Funds Under Fed. R. Civ. P. 71.1(i)(1)(B)" (Dkt. 9). (*See* Dkt. 1, Attach. 1 at 14.) Under Federal Rule of Civil Procedure 71.1(i)(1)(B), Parties may "dismiss an action, in whole or in part, by filing a stipulation of dismissal," provided they do so "[before] judgment is entered vesting the plaintiff with title or a lesser interest in the property." Parties may stipulate to a dismissal under this rule without a court order. Fed. R. Civ. P. 71.1(i)(1)(B).

Here, Parties have filed a jointly signed stipulation of dismissal (Dkt. 9), and no judgment has been entered. Accordingly, this case is hereby DISMISSED WITHOUT PREJUDICE. *See* Fed. R. Civ. P. 71.1(i)(3). The Clerk of Court is DIRECTED to TERMINATE this case.

Pursuant to Parties' agreement to disburse funds (Dkt. 9 at 2), the Clerk of Court is further DIRECTED to disburse the sum remaining in the Registry of the Court, i.e., one hundred and 00/100 dollars ($100.00) plus any accrued interest on this sum. This amount should be made payable to the order of "F&A Officer, USAED, Fort Worth." (*See* Dkt. 9 at 2.) The check prepared by the Clerk should refer to "Tract No. LRT-LRN-1015." (*Id.*)

IT IS SO ORDERED.

SIGNED this 3rd day of July, 2020.

_____
Diana Saldaña
United States District Judge